**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | |
|---|---|
| In re:  KENNETH ALLEN JARRELL, JR. ) | Bankruptcy Case No.: 17-35111-KRH |
| ) | |
| DEBTOR, ) | Chapter 13 |
| ) | |
| _____ ) | _____ |
| ) | |
| DISCOVER BANK ) | |
| ) | |
| PLAINTIFF ) | |
| ) | Adversary Case No. 18-03010-KRH |
| vs ) | |
| ) | Judge Kevin R. Huennekens |
| KENNETH ALLEN JARRELL, JR. ) | |
| ) | |
| ) | |
| DEFENDANT ) | |
| _____ ) | |

**CONSENT JUDGMENT AND ORDER**

THIS MATTER came before the Court upon the Complaint to Determine Dischargeability of Debt ("Complaint") filed by Plaintiff Discover Bank against Kenneth A. Jarrell, Jr., and the STIPULATION OF NON-DISCHARGEABILITY AND CONSENT TO JUDGMENT ("Stipulation").  Upon consideration of the Complaint and Stipulation, and the parties' consent, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the amount agreed by the parties to be **EXCEPTED FROM DISCHARGE** of the debtor pursuant to Section 523(a)(2)(C)(i)(II),

Carl A. Eason, Esquire
Counsel for Discover Bank
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
bankruptcy@wolriv.com
(757) 497-6633
VSB# 18636

523(a)(2)(C)(ii)(I) and (II) of the Bankruptcy Code (11 U.S.C.) is $2,000.00; and it is further

**ORDERED that JUDGMENT** in the amount of $2,000.00 by stipulation of counsel is agreed in favor of plaintiff, Discover Bank, against the defendant, Kenneth A. Jarrell, Jr., by stipulation, no interest shall accrue on said judgment if paid on or before April 15, 2018; interest shall accrue thereafter at the rate of 6%; and it is further

**ORDERED** that Discover Bank may record the Judgment and Notice of the Judgment; and it is therefore

**ORDERED** that the terms, provisions and findings contained in this Consent Order Judgment and Order shall be binding as if they were actually litigated; and it is further

**ORDERED** that the parties shall bear their own costs and fees, including any attorneys' fees and other expenses of litigation; it is further

**ORDERED** that copies of this Order shall be mailed or electronically transmitted to Carl A. Eason, 200 Bendix Road, Suite 300, Virginia Beach, Virginia 23452, counsel for Discover Bank; Veronica D. Brown-Moseley, Esquire, PO Box 11588, Richmond, VA 23230, counsel for Debtor, to Suzanne E. Wade, Esquire, P.O. Box 1780, Richmond, VA 23218, Chapter 13 Trustee, and to Kenneth A. Jarrell, Jr., Debtor, 5520 Rockview Curve, Apt. J, Henrico, VA 23228.

ENTER: Feb 9 2018

/s/ Kevin R Huennekens
_____
JUDGE

Carl A. Eason, Esquire
Counsel for Discover Bank
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
bankruptcy@wolriv.com
(757) 497-6633
VSB# 18636

Notice of Judgement or Order
Entered  Feb 13 2018

Carl A. Eason, Esquire
Counsel for Discover Bank
Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
bankruptcy@wolriv.com
(757) 497-6633
VSB# 18636

**WE ASK FOR THIS**:


____/s/ Carl A. Eason_____
Carl A. Eason, Esquire
200 Bendix Road, Suite 300
Virginia Beach, VA 23452
*Counsel for Discover Bank*


**SEEN AND AGREED:**


____/s/ Amanda DeBerry_____
Veronica D. Brown-Moseley, Esquire
Amanda DeBerry, Esquire
PO Box 11588
Richmond, VA 23230
*Counsel for Debtor/Defendant*


CERTIFICATION OF ENDORSEMENT

  I hereby certify this 8th day of February, 2018, that a true copy of the foregoing proposed CONSENT JUDGMENT AND ORDER has been endorsed (as set forth above) by all necessary parties.

           _____/s/ Carl A. Eason_____
             Carl A. Eason